In the Matter of the PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Appellant, against ALFRED V. NORTON, a Justice of the Supreme Court of the State of New York, et al., Respondents.

Submitted December 1, 1952; decided December 5, 1952.

*Lawrence E. Walsh, Counsel,* for motion for leave to appeal and in opposition to motion to dismiss.

*Denis M. Hurley, Corporation Counsel (James J. Thornton, John F. Kelly, Francis I. Howley* and *John A. Murray* of counsel), for motion to dismiss and in opposition to motion for leave to appeal.

Motion for leave to appeal granted.

Motion to dismiss appeal taken as of right on constitutional grounds granted and appeal dismissed. [See 304 N. Y. 522.]